IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JUDITH METCALF SCOTT | § | |
| v. | § | CIVIL ACTION NO. 6:10CV281 |
| CITY OF JACKSONVILLE, TEXAS, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-entitled lawsuit is hereby **DISMISSED** without prejudice.

Any motion not previously ruled on is **DENIED**.

**SIGNED this 14th day of December, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE